UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY JUANITA REAVES )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>BROOKS PIERCE, et al )<br>        Defendants. ) | **JUDGMENT**<br>7:22-cv-53-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 30, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on June 30, 2022, and Copies To:**
Kathy Juanita Reaves (via US mail) 906 North Smith Street, Mullins, SC 29574

June 30, 2022                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk